# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| TERRELL QUANTE LEDBETTER, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:14-cv-00185-MR |
| | ) | [1:05-cr-00246-MR-4] |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 9, 2014 Memorandum of Decision and Order.

Signed: September 9, 2014

Frank G. Johns, Clerk
United States District Court